# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

FILED
RICHARD W. NAGEL
CLERK OF COURT

JAN 14 2025 2:48 P

DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-DAYTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Case No. 3:24cr99-MJN** |
| | : | |
| **Plaintiff,** | : | **SUPERSEDING INDICTMENT** |
| | : | |
| **v.** | : | |
| | : | **21 U.S.C. § 846** |
| **1. DEANDRE RAMONE CHATTAMS** | : | **21 U.S.C. § 841(a)(1), (b)(1)(A)(viii),** |
| **(COUNTS 1,2,3,4,5,7,9)** | : | **(b)(1)(B)(vi), and (b)(1)(C)** |
| | : | **21 U.S.C. § 856(a)(1)** |
| **2. DEANTHONY DEWBERRY** | : | **18 U.S.C. § 924(c)(1)(A)** |
| **(COUNTS 1,2,3,4,6,8,10)** | : | **18 U.S.C. §§ 922(g)(1) & 924(a)(8)** |
| | : | |
| **Defendants.** | : | **FORFEITURE** |

## THE GRAND JURY CHARGES:

### COUNT ONE

#### [Conspiracy to Possess with Intent to Distribute Controlled Substances]

Between a beginning date unknown, but at least by in or around November 2022, and continuing up to and including on or about November 6, 2024, in the Southern District of Ohio, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY,** and others known and unknown to the Grand Jury, knowingly and intentionally conspired to possess with intent to distribute and to distribute controlled substances – namely:

a.  500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

b.  40 grams or more of a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II

controlled substance;

    c.  a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; and

    d.  a mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).   All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### [Possession with Intent to Distribute Controlled Substances]

On or about April 19, 2023, in the Southern District of Ohio, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY**, knowingly and intentionally possessed with intent to distribute:

    a.  500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

    b.  40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance; and

    c.  a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A)-(C).

## COUNT THREE

### [Possession with Intent to Distribute Controlled Substances]

On or about November 6, 2024, in the Southern District of Ohio, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY**, knowingly and intentionally possessed with intent to distribute:

a. 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance;

b. A mixture or substance containing a detectable amount of fluorofentanyl, a Schedule I controlled substance; and

c. a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)-(C).

## COUNT FOUR

### [Using and Maintaining a Drug Involved Premises]

Between in or around November 2022 to April 19, 2023, in the Southern District of Ohio, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY** did unlawfully and knowingly use and maintain a place – whether permanently or temporarily - located at 235 S. Ardmore Ave., Dayton, Ohio 45417 for the purpose of distributing methamphetamine, fentanyl, and cocaine, all Schedule II controlled substances.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT FIVE

### [Using and Maintaining a Drug Involved Premises]

Between in or around June 2024 to November 6, 2024, in the Southern District of Ohio, defendant **DEANDRE RAMONE CHATTAMS** did unlawfully and knowingly use and maintain a place – whether permanently or temporarily - located at 1319 W. Stewart St., Dayton, Ohio 45417 for the purpose of distributing fentanyl and cocaine, both Schedule II controlled substances, and fluorofentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT SIX

### [Using and Maintaining a Drug Involved Premises]

Between in or around June 2024 to November 6, 2024, in the Southern District of Ohio, defendant **DEANTHONY DEWBERRY** did unlawfully and knowingly use and maintain a place – whether permanently or temporarily - located at 3001 Palmerston Ave., Dayton, Ohio 45417 for the purpose of distributing cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT SEVEN

### [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about November 6, 2024, in the Southern District of Ohio, defendant **DEANDRE RAMONE CHATTAMS**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute controlled substances as alleged in Count Three of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)-(C).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

### [Possession of a Firearm in Furtherance of a Drug Trafficking Crime]

On or about November 6, 2024, in the Southern District of Ohio, defendant **DEANTHONY DEWBERRY**, knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: possession with intent to distribute controlled substances as alleged in Count Three of the Indictment, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)-(C).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT NINE

### [Felon in Possession of a Firearm]

On or about November 6, 2024, in the Southern District of Ohio, defendant **DEANDRE RAMONE CHATTAMS**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT TEN

### [Felon in Possession of a Firearm]

On or about November 6, 2024, in the Southern District of Ohio, defendant **DEANTHONY DEWBERRY**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and

this firearm was in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE ALLEGATION ONE

Upon conviction of one or more of the offenses set forth in Counts 1 through 6 of this Superseding Indictment, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s), including but not limited to:

a.   Radical, model RF15, multi caliber 223/556, semi-automatic AR-15 style rifle, serial number 21-025288, with any attachments and ammunition;

b.   Ruger, model 10/22, 22LF caliber semi-automatic rifle, serial number 0015-44468, with magazine and any ammunition;

c.   Springfield Armory, model XD-45, .45 caliber semi-automatic handgun, serial number GM480218, with any attachments and ammunition;

d.   J.P. Sauer & Holn, model Western Derringer, .357 caliber handgun, serial number 3495, with any attachments and ammunition;

e.   Sig Sauer, model P365, 9mm caliber pistol, serial number 66B209396, with magazine, ammunition, and any attachments;

f.   Glock, model 27, .40 caliber handgun, serial number BTSS039, with magazine and approximately 11 rounds of .40 caliber ammunition;

g.   Smith and Wesson, model SW40VE, .40 caliber handgun, serial number RBE2667, with magazine and approximately 14 rounds of .40 caliber ammunition;

h.   Romarm/Cugir, model Micro Draco, 7.62 caliber pistol, serial number PMD-17655-19, with magazine and approximately 38 rounds of 7.62 caliber ammunition;

i.    Mossberg, model 715T, .22 caliber rifle, serial number ESF4309713, with magazine and approximately 14 rounds of 22LR ammunition; and

j.    Hi-Point, model 4595, .45 caliber rifle, serial number R109478, with magazine and approximately 8 rounds of .45 caliber ammunition.

## FORFEITURE ALLEGATION TWO

Upon conviction of one or more of the offenses set forth in this Superseding Indictment, defendants **DEANDRE RAMONE CHATTAMS** and **DEANTHONY DEWBERRY** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s) including, but is not limited to, the firearms and ammunition listed in Forfeiture Allegation One.

## SUBSTITUTE ASSETS

If any of the property described above in Forfeiture Allegations One and Two, as a result of any act or omission of the defendants:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the forfeitable property.

A TRUE BILL

_____

FOREPERSON

KENNETH L. PARKER
United States Attorney

ELIZABETH L. MCCORMICK
Assistant United States Attorney